PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Dominick James Izzo      Cr.: 16-00106-001
     PACTS #: 1763612

Name of Sentencing Judicial Officer:    THE HONORABLE FREDA L. WOLFSON
     CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/21/2016

Original Offense:    Count 1: Scheme To Defraud: Money, State Tax Stamps, 18:2314.F
     Count 2: Attempt To Evade Or Defeat Tax, 26:7201.F

Original Sentence: 41 months imprisonment, 36 months supervised release

Special Conditions: Alcohol/Drug Testing and Treatment, Cooperation with the Internal Revenue Service, Mental Health Treatment, New Debt Restrictions, Restitution ($207,676.14)

Type of Supervision: Supervised Release      Date Supervision Commenced:  12/12/2019

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:

As of September 2022, Mr. Izzo has paid $16,925.72 toward his restitution.  His supervision is due to expire on December 11, 2022, with an outstanding restitution balance of $190,750.42.  The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP).  This Office recommends the supervision term be allowed to expire as scheduled, since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Dominick James Izzo

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Eric W. Dethloff*
By:   ERIC W. DETHLOFF
U.S. Probation Officer

/ ewd

APPROVED:

*Sharon O'Brien    September 7, 2022*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as scheduled on December 11, 2022 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

September 7, 2022
Date